No. 733. PUBLIC SERVICE COMMISSION OF INDIANA ET AL. *v.* NORTHERN INDIANA PUBLIC SERVICE CO.

Jurisdictional statement submitted March 18, 1933. Decided March 27, 1933. *Per Curiam:* The decree of the District Court granting interlocutory injunction herein is vacated and the cause is remanded to the District Court, as specially constituted, for findings and conclusions appropriate to a decision upon the application for an interlocutory injunction, the temporary restraining order to remain in force pending that determination. *Public Service Commission of Wisconsin v. Wisconsin Telephone Co., ante,* p. 67. *Mr. George W. Hufsmith* for appellants. *Messrs. Wm. A. McInerny* and *John C. Lawyer* for appellee.

No. 780. ANTONOPLOS *v.* JOHN EICHLEAY, JR., CO. ET AL. Jurisdictional statement submitted March 18, 1933. Decided March 27, 1933. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Von Hoffman v. City of Quincy,* 4 Wall. 535, 550; *Gunn* v. *Barry,* 15 Wall. 610, 623; *Hendrickson* v. *Apperson,* 245 U.S. 105, 112; *Equitable Life Assurance Society* v. *Brown,* 187 U.S. 308, 311; *Wabash Ry. Co.* v. *Flannigan,* 192 U.S. 29; *Wick* v. *Chelan Electric Co.,* 280 U.S. 108, 111. *Mr. Harry F. Stambaugh* for appellant. No appearance for appellees.